IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHARLES GORDON LEBLANC, JR. §

VS. § CIVIL ACTION NO. 1:07cv171

NATHANIEL QUARTERMAN §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Charles Gordon LeBlanc, Jr., an inmate at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends petitioner's motion to proceed *in forma pauperis* be denied and petitioner be ordered to pay the $5.00 filing fee.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore,

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED**. It is further

**ORDERED** that petitioner shall, within thirty (30) days from the date of this order, pay the $5.00 filing fee for this action. Petitioner's failure to pay the filing fee as ordered may result in the dismissal of this petition for want of prosecution pursuant to FED. R. CIV. P. 41(b).

**SIGNED** this the 14 day of **June, 2007.**

_____
Thad Heartfield
United States District Judge